

WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

# Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrllng Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 04/04/2019 - 04/17/2019 | 04/25/2019 | $1,233.72 | $253.95 | $255.32 | $724.45 | 0102045200016 |

## Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 79.38 | 1,091.47 | 9,360.86 |
| OT 1.5 W1 | | | | 57.76 |
| Shift Diff | 0.75 | 0.93 | 0.70 | 5.08 |
| Holiday | | | | 233.76 |
| Pri Adjhrs | | | | 3.85 |
| OT 1.5 W2 | 20.63 | 1.03 | 21.24 | 100.04 |
| PTO | 13.75 | 8.75 | 120.31 | 708.12 |
| **Totals** | | | **1,233.72** | **10,469.47** |

## W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Single | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

## Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

## Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 117.49 | 696.58 |
| TX EE Social Security | Federal | 71.51 | 603.97 |
| TX EE Medicare Tax | Federal | 16.72 | 141.25 |
| TX Withholding Tax | Pennsylv | 35.41 | 299.06 |
| TX EE Unemployment Ta | Pennsylv | 0.66 | 5.71 |
| TX Withholding Tax | Upper Ch | 11.53 | 97.41 |
| TX Local Services Tax | Upper Ch | 2.00 | 18.00 |
| **Totals:** | | **255.32** | **1,861.98** |

## Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 49.35 | 418.79 |
| Vision Insurance | 4.81 | 42.91 |
| Dental | 6.35 | 56.97 |
| Medical | 35.20 | 323.10 |
| Persnl Acc Ins | 3.12 | 28.08 |
| Flex Health | 30.77 | 276.93 |
| **Totals:** | **129.60** | **1,146.78** |

## Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 24.67 | 209.38 |
| US Ret Plan Loan2 | 42.99 | 386.91 |
| US Ret Plan Loan1 | 22.01 | 198.09 |
| Hospital Ins | 6.90 | 55.20 |
| Critical Ill Ins. | 19.46 | 155.68 |
| Accident | 8.32 | 66.56 |
| **Totals:** | **124.35** | **1,071.82** |

## Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 1,104.12 | 9,322.69 |
| RE EE Social Security | Federal | 1,153.47 | 9,741.48 |
| RE EE Medicare Tax | Federal | 1,153.47 | 9,741.48 |
| RE Withholding Tax | Pennsylv | 1,153.47 | 9,741.48 |
| RE EE Unemployment Ta | Pennsylv | 1,113.41 | 9,523.74 |
| RE Withholding Tax | Upper Ch | 1,153.47 | 9,741.48 |
| RE Local Services Tax | Upper Ch | 1,153.47 | 9,741.48 |

## Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 724.45 |

## Accruals

| Balance | Hours |
|---|---|



WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

## Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| **Brenda Evans** | **01020452** | **WALGREEN** | **WBA Retail Cntrlling Area** | **S-11077** | **13.75** |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| **03/21/2019 - 04/03/2019** | **04/11/2019** | **$1,121.05** | **$247.19** | **$229.18** | **$644.68** | **0102045200015** |

### Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 79.98 | 1,099.73 | 8,269.39 |
| OT 1.5 W1 | 20.63 | 0.42 | 8.66 | 57.76 |
| Shift Diff | 0.75 | 1.57 | 1.18 | 4.38 |
| Holiday | | | | 233.76 |
| Pri Adjhrs | 13.75 | 0.28 | 3.85 | 3.85 |
| OT 1.5 W2 | 20.63 | 0.37 | 7.63 | 78.80 |
| PTO | | | | 587.81 |
| **Totals** | | | **1,121.05** | **9,235.75** |

### W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Single | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

### Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

### Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 104.52 | 579.09 |
| TX EE Social Security | Federal | 64.53 | 532.46 |
| TX EE Medicare Tax | Federal | 15.10 | 124.53 |
| TX Withholding Tax | Pennsylv | 31.95 | 263.65 |
| TX EE Unemployment Ta | Pennsylv | 0.67 | 5.05 |
| TX Withholding Tax | Upper Ch | 10.41 | 85.88 |
| TX Local Services Tax | Upper Ch | 2.00 | 16.00 |
| **Totals:** | | **229.18** | **1,606.66** |

### Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 44.84 | 369.44 |
| Vision Insurance | 4.81 | 38.10 |
| Dental | 6.35 | 50.62 |
| Medical | 35.20 | 287.90 |
| Persnl Acc Ins | 3.12 | 24.96 |
| Flex Health | 30.77 | 246.16 |
| **Totals:** | **125.09** | **1,017.18** |

### Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 22.42 | 184.71 |
| US Ret Plan Loan2 | 42.99 | 343.92 |
| US Ret Plan Loan1 | 22.01 | 176.08 |
| Hospital Ins | 6.90 | 48.30 |
| Critical Ill Ins. | 19.46 | 136.22 |
| Accident | 8.32 | 58.24 |
| **Totals:** | **122.10** | **947.47** |

### Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 995.96 | 8,218.57 |
| RE EE Social Security | Federal | 1,040.80 | 8,588.01 |
| RE EE Medicare Tax | Federal | 1,040.80 | 8,588.01 |
| RE Withholding Tax | Pennsylv | 1,040.80 | 8,588.01 |
| RE EE Unemployment Ta | Pennsylv | 1,117.20 | 8,410.33 |
| RE Withholding Tax | Upper Ch | 1,040.80 | 8,588.01 |
| RE Local Services Tax | Upper Ch | 1,040.80 | 8,588.01 |

### Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 644.68 |

### Accruals

| Balance | Hours |
|---|---|




WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

## Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 03/07/2019 - 03/20/2019 | 03/28/2019 | $1,110.23 | $246.54 | $186.55 | $677.14 | 0102045200014 |

### Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 79.16 | 1,088.45 | 7,169.66 |
| OT 1.5 W1 | | | | 49.10 |
| Shift Diff | 0.75 | 0.70 | 0.53 | 3.20 |
| Holiday | | | | 233.76 |
| OT 1.5 W2 | 20.63 | 1.03 | 21.25 | 71.17 |
| PTO | | | | 587.81 |
| **Totals** | | | **1,110.23** | **8,114.70** |

### W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

### Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

### Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 63.17 | 474.57 |
| TX EE Social Security | Federal | 63.86 | 467.93 |
| TX EE Medicare Tax | Federal | 14.93 | 109.43 |
| TX Withholding Tax | Pennsylv | 31.62 | 231.70 |
| TX EE Unemployment Ta | Pennsylv | 0.67 | 4.38 |
| TX Withholding Tax | Upper Ch | 10.30 | 75.47 |
| TX Local Services Tax | Upper Ch | 2.00 | 14.00 |
| **Totals:** | | **186.55** | **1,377.48** |

### Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 44.41 | 324.60 |
| Vision Insurance | 4.81 | 33.29 |
| Dental | 6.35 | 44.27 |
| Medical | 35.20 | 252.70 |
| Persnl Acc Ins | 3.12 | 21.84 |
| Flex Health | 30.77 | 215.39 |
| **Totals:** | **124.66** | **892.09** |

### Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 22.20 | 162.29 |
| US Ret Plan Loan2 | 42.99 | 300.93 |
| US Ret Plan Loan1 | 22.01 | 154.07 |
| Hospital Ins | 6.90 | 41.40 |
| Critical Ill Ins. | 19.46 | 116.76 |
| Accident | 8.32 | 49.92 |
| **Totals:** | **121.88** | **825.37** |

### Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 985.57 | 7,222.61 |
| RE EE Social Security | Federal | 1,029.98 | 7,547.21 |
| RE EE Medicare Tax | Federal | 1,029.98 | 7,547.21 |
| RE Withholding Tax | Pennsylv | 1,029.98 | 7,547.21 |
| RE EE Unemployment Ta | Pennsylv | 1,110.23 | 7,293.13 |
| RE Withholding Tax | Upper Ch | 1,029.98 | 7,547.21 |
| RE Local Services Tax | Upper Ch | 1,029.98 | 7,547.21 |

### Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 677.14 |

### Accruals

| Balance | Hours |
|---|---|



WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

## Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 02/21/2019 - 03/06/2019 | 03/14/2019 | $1,179.65 | $250.71 | $201.32 | $727.62 | 0102045200013 |

### Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 76.73 | 1,055.04 | 6,081.21 |
| OT 1.5 W1 | | | | 49.10 |
| Shift Diff | 0.75 | 1.05 | 0.79 | 2.67 |
| Holiday | | | | 233.76 |
| OT 1.5 W2 | 20.63 | 0.17 | 3.51 | 49.92 |
| PTO | 13.75 | 8.75 | 120.31 | 587.81 |
| **Totals** | | | **1,179.65** | **7,004.47** |

### W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

### Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

### Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 69.84 | 411.40 |
| TX EE Social Security | Federal | 68.16 | 404.07 |
| TX EE Medicare Tax | Federal | 15.94 | 94.50 |
| TX Withholding Tax | Pennsylv | 33.75 | 200.08 |
| TX EE Unemployment Ta | Pennsylv | 0.64 | 3.71 |
| TX Withholding Tax | Upper Ch | 10.99 | 65.17 |
| TX Local Services Tax | Upper Ch | 2.00 | 12.00 |
| **Totals:** | | **201.32** | **1,190.93** |

### Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 47.19 | 280.19 |
| Vision Insurance | 4.81 | 28.48 |
| Dental | 6.35 | 37.92 |
| Medical | 35.20 | 217.50 |
| Persnl Acc Ins | 3.12 | 18.72 |
| Flex Health | 30.77 | 184.62 |
| **Totals:** | **127.44** | **767.43** |

### Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 23.59 | 140.09 |
| US Ret Plan Loan2 | 42.99 | 257.94 |
| US Ret Plan Loan1 | 22.01 | 132.06 |
| Hospital Ins | 6.90 | 34.50 |
| Critical Ill Ins. | 19.46 | 97.30 |
| Accident | 8.32 | 41.60 |
| **Totals:** | **123.27** | **703.49** |

### Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 1,052.21 | 6,237.04 |
| RE EE Social Security | Federal | 1,099.40 | 6,517.23 |
| RE EE Medicare Tax | Federal | 1,099.40 | 6,517.23 |
| RE Withholding Tax | Pennsylv | 1,099.40 | 6,517.23 |
| RE EE Unemployment Ta | Pennsylv | 1,059.34 | 6,182.90 |
| RE Withholding Tax | Upper Ch | 1,099.40 | 6,517.23 |
| RE Local Services Tax | Upper Ch | 1,099.40 | 6,517.23 |

### Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 727.62 |

### Accruals

| Balance | Hours |
|---|---|




WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

# Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 02/07/2019 - 02/20/2019 | 02/28/2019 | $1,120.89 | $247.19 | $188.84 | $684.86 | 0102045200012 |

## Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 78.74 | 1,082.67 | 5,026.17 |
| OT 1.5 W1 | | | | 49.10 |
| Shift Diff | 0.75 | 0.08 | 0.06 | 1.88 |
| Holiday | | | | 233.76 |
| OT 1.5 W2 | 20.63 | 1.85 | 38.16 | 46.41 |
| PTO | | | | 467.50 |
| **Totals** | | | **1,120.89** | **5,824.82** |

## W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

## Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

## Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 64.20 | 341.56 |
| TX EE Social Security | Federal | 64.52 | 335.91 |
| TX EE Medicare Tax | Federal | 15.09 | 78.56 |
| TX Withholding Tax | Pennsylv | 31.95 | 166.33 |
| TX EE Unemployment Ta | Pennsylv | 0.67 | 3.07 |
| TX Withholding Tax | Upper Ch | 10.41 | 54.18 |
| TX Local Services Tax | Upper Ch | 2.00 | 10.00 |
| **Totals:** | | **188.84** | **989.61** |

## Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 44.84 | 233.00 |
| Vision Insurance | 4.81 | 23.67 |
| Dental | 6.35 | 31.57 |
| Medical | 35.20 | 182.30 |
| Persnl Acc Ins | 3.12 | 15.60 |
| Flex Health | 30.77 | 153.85 |
| **Totals:** | **125.09** | **639.99** |

## Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 22.42 | 116.50 |
| US Ret Plan Loan2 | 42.99 | 214.95 |
| US Ret Plan Loan1 | 22.01 | 110.05 |
| Hospital Ins | 6.90 | 27.60 |
| Critical Ill Ins. | 19.46 | 77.84 |
| Accident | 8.32 | 33.28 |
| **Totals:** | **122.10** | **580.22** |

## Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 995.80 | 5,184.83 |
| RE EE Social Security | Federal | 1,040.64 | 5,417.83 |
| RE EE Medicare Tax | Federal | 1,040.64 | 5,417.83 |
| RE Withholding Tax | Pennsylv | 1,040.64 | 5,417.83 |
| RE EE Unemployment Ta | Pennsylv | 1,120.89 | 5,123.56 |
| RE Withholding Tax | Upper Ch | 1,040.64 | 5,417.83 |
| RE Local Services Tax | Upper Ch | 1,040.64 | 5,417.83 |

## Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 684.86 |

## Accruals

| Balance | Hours |
|---|---|




WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

## Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 01/24/2019 - 02/06/2019 | 02/14/2019 | $1,112.69 | $246.69 | $186.95 | $679.05 | 0102045200011 |

### Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 64.32 | 884.40 | 3,943.50 |
| OT 1.5 W1 | | | | 49.10 |
| Shift Diff | 0.75 | 0.05 | 0.04 | 1.82 |
| Holiday | | | | 233.76 |
| OT 1.5 W2 | 20.63 | 0.40 | 8.25 | 8.25 |
| PTO | 13.75 | 16.00 | 220.00 | 467.50 |
| **Totals** | | | **1,112.69** | **4,703.93** |

### W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

### Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

### Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 63.41 | 277.36 |
| TX EE Social Security | Federal | 64.02 | 271.39 |
| TX EE Medicare Tax | Federal | 14.97 | 63.47 |
| TX Withholding Tax | Pennsylv | 31.70 | 134.38 |
| TX EE Unemployment Ta | Pennsylv | 0.53 | 2.40 |
| TX Withholding Tax | Upper Ch | 10.32 | 43.77 |
| TX Local Services Tax | Upper Ch | 2.00 | 8.00 |
| **Totals:** | | **186.95** | **800.77** |

### Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 44.51 | 188.16 |
| Vision Insurance | 4.81 | 18.86 |
| Dental | 6.35 | 25.22 |
| Medical | 35.20 | 147.10 |
| Persnl Acc Ins | 3.12 | 12.48 |
| Flex Health | 30.77 | 123.08 |
| **Totals:** | **124.76** | **514.90** |

### Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 22.25 | 94.08 |
| US Ret Plan Loan2 | 42.99 | 171.96 |
| US Ret Plan Loan1 | 22.01 | 88.04 |
| Hospital Ins | 6.90 | 20.70 |
| Critical Ill Ins. | 19.46 | 58.38 |
| Accident | 8.32 | 24.96 |
| **Totals:** | **121.93** | **458.12** |

### Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 987.93 | 4,189.03 |
| RE EE Social Security | Federal | 1,032.44 | 4,377.19 |
| RE EE Medicare Tax | Federal | 1,032.44 | 4,377.19 |
| RE Withholding Tax | Pennsylv | 1,032.44 | 4,377.19 |
| RE EE Unemployment Ta | Pennsylv | 892.69 | 4,002.67 |
| RE Withholding Tax | Upper Ch | 1,032.44 | 4,377.19 |
| RE Local Services Tax | Upper Ch | 1,032.44 | 4,377.19 |

### Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 679.05 |

### Accruals

| Balance | Hours |
|---|---|




WALGREEN EASTERN CO INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

# Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| **Brenda Evans** | **01020452** | **WALGREEN** | **WBA Retail Cntrlling Area** | **S-11077** | **13.75** |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| **01/10/2019 - 01/23/2019** | **01/31/2019** | **$1,147.92** | **$248.81** | **$194.48** | **$704.63** | **0102045200003** |

## Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 65.79 | 904.61 | 3,059.10 |
| OT 1.5 W1 | 20.63 | 1.13 | 23.31 | 49.10 |
| Shift Diff | | | | 1.78 |
| Holiday | | | | 233.76 |
| PTO | 13.75 | 16.00 | 220.00 | 247.50 |
| **Totals** | | | **1,147.92** | **3,591.24** |

## W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

## Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

## Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 66.79 | 213.95 |
| TX EE Social Security | Federal | 66.19 | 207.37 |
| TX EE Medicare Tax | Federal | 15.48 | 48.50 |
| TX Withholding Tax | Pennsylv | 32.78 | 102.68 |
| TX EE Unemployment Ta | Pennsylv | 0.56 | 1.87 |
| TX Withholding Tax | Upper Ch | 10.68 | 33.45 |
| TX Local Services Tax | Upper Ch | 2.00 | 6.00 |
| **Totals:** | | **194.48** | **613.82** |

## Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 45.92 | 143.65 |
| Vision Insurance | 4.81 | 14.05 |
| Dental | 6.35 | 18.87 |
| Medical | 35.20 | 111.90 |
| Persnl Acc Ins | 3.12 | 9.36 |
| Flex Health | 30.77 | 92.31 |
| **Totals:** | **126.17** | **390.14** |

## Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 22.96 | 71.83 |
| US Ret Plan Loan2 | 42.99 | 128.97 |
| US Ret Plan Loan1 | 22.01 | 66.03 |
| Hospital Ins | 6.90 | 13.80 |
| Critical Ill Ins. | 19.46 | 38.92 |
| Accident | 8.32 | 16.64 |
| **Totals:** | **122.64** | **336.19** |

## Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 1,021.75 | 3,201.10 |
| RE EE Social Security | Federal | 1,067.67 | 3,344.75 |
| RE EE Medicare Tax | Federal | 1,067.67 | 3,344.75 |
| RE Withholding Tax | Pennsylv | 1,067.67 | 3,344.75 |
| RE EE Unemployment Ta | Pennsylv | 927.92 | 3,109.98 |
| RE Withholding Tax | Upper Ch | 1,067.67 | 3,344.75 |
| RE Local Services Tax | Upper Ch | 1,067.67 | 3,344.75 |

## Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 704.63 |

## Accruals

| Balance | Hours |
|---|---|



WALGREEN EASTERN CO., INC
200 WILMOT RD
DEERFIELD IL 60015
847-315-2500

## Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 12/27/2018 - 01/09/2019 | 01/17/2019 | $1,226.57 | $253.52 | $211.34 | $761.71 | 0102045200002 |

### Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 77.76 | 1,069.20 | 2,154.49 |
| OT 1.5 W1 | 20.63 | 1.25 | 25.79 | 25.79 |
| Shift Diff | 0.75 | 1.27 | 0.95 | 1.78 |
| Holiday | 13.75 | 8.50 | 116.88 | 233.76 |
| PTO | 13.75 | 1.00 | 13.75 | 27.50 |
| **Totals** | | | **1,226.57** | **2,443.32** |

### W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

### Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

### Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 74.34 | 147.16 |
| TX EE Social Security | Federal | 71.07 | 141.18 |
| TX EE Medicare Tax | Federal | 16.62 | 33.02 |
| TX Withholding Tax | Pennsylv | 35.19 | 69.90 |
| TX EE Unemployment Ta | Pennsylv | 0.66 | 1.31 |
| TX Withholding Tax | Upper Ch | 11.46 | 22.77 |
| TX Local Services Tax | Upper Ch | 2.00 | 4.00 |
| **Totals:** | | **211.34** | **419.34** |

### Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 49.06 | 97.73 |
| Vision Insurance | 4.81 | 9.24 |
| Dental | 6.35 | 12.52 |
| Medical | 35.20 | 76.70 |
| Persnl Acc Ins | 3.12 | 6.24 |
| Flex Health | 30.77 | 61.54 |
| **Totals:** | **129.31** | **263.97** |

### Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 24.53 | 48.87 |
| US Ret Plan Loan2 | 42.99 | 85.98 |
| US Ret Plan Loan1 | 22.01 | 44.02 |
| Hospital Ins | 6.90 | 6.90 |
| Critical Ill Ins. | 19.46 | 19.46 |
| Accident | 8.32 | 8.32 |
| **Totals:** | **124.21** | **213.55** |

### Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 1,097.26 | 2,179.35 |
| RE EE Social Security | Federal | 1,146.32 | 2,277.08 |
| RE EE Medicare Tax | Federal | 1,146.32 | 2,277.08 |
| RE Withholding Tax | Pennsylv | 1,146.32 | 2,277.08 |
| RE EE Unemployment Ta | Pennsylv | 1,095.94 | 2,182.06 |
| RE Withholding Tax | Upper Ch | 1,146.32 | 2,277.08 |
| RE Local Services Tax | Upper Ch | 1,146.32 | 2,277.08 |

### Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 761.71 |

### Accruals

| Balance | Hours |
|---|---|



WALGREEN EASTERN CO., INC.
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

# Statement of Earnings and Deductions

| Name | Personnel No. | Company Code | Cost Center | Location | Hourly/Salary |
|---|---|---|---|---|---|
| Brenda Evans | 01020452 | WALGREEN | WBA Retail Cntrlling Area | S-11077 | 13.75 |

| Pay Period | Check Date | Gross Pay | Deductions | Taxes | Net Pay | Check Number |
|---|---|---|---|---|---|---|
| 12/13/2018 - 12/26/2018 | 01/03/2019 | $1,216.75 | $224.00 | $208.00 | $784.75 | 0102045200001 |

## Earnings

| Earnings | Rate | Hrs | Amount | Year to Date |
|---|---|---|---|---|
| Regular | 13.75 | 78.93 | 1,085.29 | 1,085.29 |
| Shift Diff | 0.75 | 1.10 | 0.83 | 0.83 |
| Holiday | 13.75 | 8.50 | 116.88 | 116.88 |
| PTO | 13.75 | 1.00 | 13.75 | 13.75 |
| **Totals** | | | **1,216.75** | **1,216.75** |

## W4 Information

| Tax Authority | Exempt Ind | Filing Status | Allowance | Add. Witholding |
|---|---|---|---|---|
| Federal | | Married | 00 | 10.00 |
| Pennsylvania | | Single | 00 | 0.00 |

## Miscellaneous

| Earnings | Amount | Year to Date |
|---|---|---|
| **Totals:** | | |

## Taxes

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| TX Withholding Tax | Federal | 72.82 | 72.82 |
| TX EE Social Security | Federal | 70.11 | 70.11 |
| TX EE Medicare Tax | Federal | 16.40 | 16.40 |
| TX Withholding Tax | Pennsylv | 34.71 | 34.71 |
| TX EE Unemployment Ta | Pennsylv | 0.65 | 0.65 |
| TX Withholding Tax | Upper Ch | 11.31 | 11.31 |
| TX Local Services Tax | Upper Ch | 2.00 | 2.00 |
| **Totals:** | | **208.00** | **208.00** |

## Pre-tax Deductions

| Pre-Tax Deductions | Amount | Year to Date |
|---|---|---|
| US 401k Before-Tax | 48.67 | 48.67 |
| Vision Insurance | 4.43 | 4.43 |
| Dental | 6.17 | 6.17 |
| Medical | 41.50 | 41.50 |
| Persnl Acc Ins | 3.12 | 3.12 |
| Flex Health | 30.77 | 30.77 |
| **Totals:** | **134.66** | **134.66** |

## Post-tax Deductions

| Post-Tax Deductions | Amount | Year to Date |
|---|---|---|
| Retirement After-Tax | 24.34 | 24.34 |
| US Ret Plan Loan2 | 42.99 | 42.99 |
| US Ret Plan Loan1 | 22.01 | 22.01 |
| **Totals:** | **89.34** | **89.34** |

## Taxable Wages

| Taxes | Authority | Amount | Year to Date |
|---|---|---|---|
| RE Withholding Tax | Federal | 1,082.09 | 1,082.09 |
| RE EE Social Security | Federal | 1,130.76 | 1,130.76 |
| RE EE Medicare Tax | Federal | 1,130.76 | 1,130.76 |
| RE Withholding Tax | Pennsylv | 1,130.76 | 1,130.76 |
| RE EE Unemployment Ta | Pennsylv | 1,086.12 | 1,086.12 |
| RE Withholding Tax | Upper Ch | 1,130.76 | 1,130.76 |
| RE Local Services Tax | Upper Ch | 1,130.76 | 1,130.76 |

## Check/Transfer Info

| Account Type | Amount |
|---|---|
| Direct Deposit | 784.75 |

## Accruals

| Balance | Hours |
|---|---|

SPECIAL INFORMATION 0957436283

For Time off Balance, go to Information About Me (IAM).

WALGREEN CO.
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

Every day I help people **get, stay and live well.**

11077
BRENDA L EVANS
410 ALBANY CT
WALLINGFORD, PA 19086
13.75

| | | | |
|---|---|---|---|
| FED. TAX STATUS: M | TAX STATE: PA | 52 / 12 WK AVERAGE: | 42.00 / 41.75 |
| EXEMPTIONS - FED.: 00 | STATE: 00000 | EMPLOYEE I.D.: | 001020452 |
| PAY PERIOD BEGINNING: | 11/29/2018 | PAY PERIOD ENDING: | 12/12/2018 |

**HOURS AND EARNINGS**

| DESCRIPTION | | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|
| REG | 13.750 | 79:44 | 1096.29 | 24509.81 |
| OT | 20.629 | :02 | 0.62 | 1073.25 |
| SHIFT 3 | | :56 | 0.70 | 15.93 |
| HOLIDAY | | | | 670.45 |
| JURY HRS | | | | 105.44 |
| IMPBRWRD | | | | 37.00 |
| BALREWRD | | | | 31.96 |
| PTO | | | | 2953.37 |

**TAXES**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 57.73 | 1607.95 |
| FICA | 59.85 | 1610.74 |
| MEDICARE | 14.00 | 376.70 |
| PA TAX | 29.64 | 797.58 |
| PA DI/UI | 0.58 | 15.59 |
| PSD TAX | 9.65 | 259.80 |
| PSD SPL | 2.00 | 52.00 |
| NET PAY | 661.17 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 173.45 | 4720.36 |
| GROSS | 1097.61 | 29397.21 |
| FED. TAXABLE WAGES | 921.57 | 24806.49 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| LOAN401K | 42.99 | 1117.74 |
| DENTAL | 6.17 | 159.67 |
| MEDICAL | 41.50 | 1061.39 |
| VPAI INS | 3.12 | 81.12 |
| FLEX HTH | 76.92 | 2000.00 |
| P/S USA | 43.90 | 1173.13 |
| VIP | 21.95 | 586.57 |
| VISION | 4.43 | 115.41 |
| 401KLOAN | 22.01 | 572.26 |
| DIRDEPSA | | 730.67 |
| DIR.DEP. | 661.17 | 17016.89 |

SPECIAL MESSAGE(S):

SPECIAL INFORMATION 0957248292

For Time off Balance, go to Information About Me (IAM).

WALGREEN CO.
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

Every day I help people **get, stay and live well.**

11077
BRENDA L EVANS
410 ALBANY CT
WALLINGFORD, PA 19086
13.75

| | | | |
|---|---|---|---|
| FED. TAX STATUS: M | TAX STATE: PA | 52 / 12 WK AVERAGE: | 42.00 / 41.75 |
| EXEMPTIONS - FED.: 00 | STATE: 00000 | EMPLOYEE I.D.: | 001020452 |
| PAY PERIOD BEGINNING: | 11/15/2018 | PAY PERIOD ENDING: | 11/28/2018 |

**HOURS AND EARNINGS**

| DESCRIPTION | RATE | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|
| REG | 13.750 | 75:42 | 1040.88 | 23413.52 |
| OT | 20.630 | 2:37 | 54.05 | 1072.63 |
| SHIFT 3 | | 1:12 | 0.90 | 15.23 |
| HOLIDAY | | 8:30 | 116.88 | 670.45 |
| JURY HRS | | | | 105.44 |
| IMPBRWRD | | | | 37.00 |
| PTO | | | | 2953.37 |

**TAXES**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 68.78 | 1547.03 |
| FICA | 67.00 | 1548.90 |
| MEDICARE | 15.67 | 362.24 |
| PA TAX | 33.17 | 766.96 |
| PA DI/UI | 0.65 | 14.99 |
| PSD TAX | 10.81 | 249.83 |
| PSD SPL | 2.00 | 50.00 |
| NET PAY | 744.73 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 198.08 | 4539.95 |
| GROSS | 1212.71 | 28267.64 |
| FED. TAXABLE WAGES | 1032.06 | 23852.96 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| LOAN401K | 42.99 | 1074.75 |
| DENTAL | 6.17 | 153.50 |
| MEDICAL | 41.50 | 1019.89 |
| VPAI INS | 3.12 | 78.00 |
| FLEX HTH | 76.92 | 1923.08 |
| P/S USA | 48.51 | 1129.23 |
| VIP | 24.25 | 564.62 |
| VISION | 4.43 | 110.98 |
| 401KLOAN | 22.01 | 550.25 |
| DIRDEPSA | | 730.67 |
| DIR.DEP. | 744.73 | 16355.72 |

SPECIAL MESSAGE(S):

SPECIAL INFORMATION 0957060837

For Time off Balance, go to Information About Me (IAM).

WALGREEN CO.
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

Every day I help people **get, stay and live well.**

11077
BRENDA L EVANS
410 ALBANY CT
WALLINGFORD, PA 19086
13.75

| FED. TAX STATUS: | M | TAX STATE: | PA | 52 / 12 WK AVERAGE: | 42.25 / 42.00 |
|---|---|---|---|---|---|
| EXEMPTIONS - FED.: | 00 | STATE: | 00000 | EMPLOYEE I.D.: | 001020452 |
| PAY PERIOD BEGINNING: | 11/01/2018 | | | PAY PERIOD ENDING: | 11/14/2018 |

**HOURS AND EARNINGS**

| DESCRIPTION | | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|
| REG | 13.750 | 53:55 | 741.40 | 22372.64 |
| OT | | | | 1018.58 |
| SHIFT 3 | | :27 | 0.34 | 14.33 |
| HOLIDAY | | | | 553.57 |
| JURY HRS | | | | 105.44 |
| IMPBRWRD | | | | 37.00 |
| PTO | | 25:30 | 350.63 | 2953.37 |

**TAXES**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 57.23 | 1478.25 |
| FICA | 59.53 | 1481.90 |
| MEDICARE | 13.92 | 346.57 |
| PA TAX | 29.48 | 733.79 |
| PA DI/UI | 0.58 | 14.34 |
| PSD TAX | 9.60 | 239.02 |
| PSD SPL | 2.00 | 48.00 |
| NET PAY | 657.35 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 172.34 | 4341.87 |
| GROSS | 1092.37 | 27054.93 |
| FED. TAXABLE WAGES | 916.54 | 22820.90 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| LOAN401K | 42.99 | 1031.76 |
| DENTAL | 6.17 | 147.33 |
| MEDICAL | 41.50 | 978.39 |
| VPAI INS | 3.12 | 74.88 |
| FLEX HTH | 76.92 | 1846.16 |
| P/S USA | 43.69 | 1080.72 |
| VIP | 21.85 | 540.37 |
| VISION | 4.43 | 106.55 |
| 401KLOAN | 22.01 | 528.24 |
| DIRDEPSA | | 730.67 |
| DIR.DEP. | 657.35 | 15610.99 |

SPECIAL MESSAGE(S):

SPECIAL INFORMATION 0956832643

For Time off Balance, go to Information About Me (IAM).

WALGREEN CO.
200 WILMOT RD
DEERFIELD, IL 60015
847-315-2500

Every day I help people **get, stay and live well.**

11077
BRENDA L EVANS
410 ALBANY CT
WALLINGFORD, PA 19086
13.75

| | | | |
|---|---|---|---|
| FED. TAX STATUS: M | TAX STATE: PA | 52 / 12 WK AVERAGE: | 42.25 / 42.00 |
| EXEMPTIONS - FED.: 00 | STATE: 00000 | EMPLOYEE I.D.: | 001020452 |
| PAY PERIOD BEGINNING: | 10/18/2018 | PAY PERIOD ENDING: | 10/31/2018 |

**HOURS AND EARNINGS**

| DESCRIPTION | | CURRENT HOURS | CURRENT EARNINGS | YEAR TO DATE EARNINGS |
|---|---|---|---|---|
| REG | 13.750 | 68:28 | 941.46 | 21631.24 |
| OT | | | | 1018.58 |
| SHIFT 3 | | :33 | 0.41 | 13.99 |
| HOLIDAY | | | | 553.57 |
| JURY HRS | | | | 105.44 |
| IMPBRWRD | | | | 37.00 |
| PTO | | 11:20 | 155.79 | 2602.74 |

**TAXES**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| FED TAX | 57.74 | 1421.02 |
| FICA | 59.87 | 1422.37 |
| MEDICARE | 14.00 | 332.65 |
| PA TAX | 29.64 | 704.31 |
| PA DI/UI | 0.57 | 13.76 |
| PSD TAX | 9.66 | 229.42 |
| PSD SPL | 2.00 | 46.00 |
| NET PAY | 661.18 | |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL TAXES | 173.48 | 4169.53 |
| GROSS | 1097.66 | 25962.56 |
| FED. TAXABLE WAGES | 921.61 | 21904.36 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| LOAN401K | 42.99 | 988.77 |
| DENTAL | 6.17 | 141.16 |
| MEDICAL | 41.50 | 936.89 |
| VPAI INS | 3.12 | 71.76 |
| FLEX HTH | 76.92 | 1769.24 |
| P/S USA | 43.91 | 1037.03 |
| VIP | 21.95 | 518.52 |
| VISION | 4.43 | 102.12 |
| 401KLOAN | 22.01 | 506.23 |
| DIRDEPSA | | 730.67 |
| DIR.DEP. | 661.18 | 14953.64 |

SPECIAL MESSAGE(S):